**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) BELGER CARTAGE SERVICE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:25-cv-01088-PRW |
| | ) | |
| (1) MATTHEW BINE and | ) | |
| (2) QUEEN BEE HONEY FARM, LLC, | ) | *Removed from the District Court* |
| | ) | *of Oklahoma County, Oklahoma* |
| Defendants. | ) | *Case No. CJ-2025-4829* |

**JOINT STIPULATION OF DISMISSAL**

COMES NOW, Plaintiff Belger Cartage Service, Inc., and Defendants, Matthew Bine and Queen Bee Honey Farm, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate to the dismissal with prejudice of the foregoing action. Each party will bear their own costs and fees.

**RESPECTFULLY SUBMITTED** this 22nd day of January, 2026.

Respectfully submitted,

/s/ Philip A. Schovanec

Philip A. Schovanec, OBA No. 16303
Brian R. Matula, OBA No. 14778
FELLERS SNIDER, P.C.
100 Broadway, Suite 1700
Oklahoma City, OK 73102
Telephone: (405)232-0621
pschovanec@fellerssnider.com
bmatula@fellerssnider.com
***Counsel for Plaintiff,***
***Belger Cartage Service, Inc.***

/s/ D. Ward Hobson
D. Ward Hobson, OBA No. 21698
Meagon R. Eagon, OBA No. 33165
Doerner, Saunders, Daniel, & Anderson, L.L.P.
210 Park Avenue, Suite 1200
Oklahoma City, Oklahoma 73102
Telephone: (405) 319-3500
Facsimile: (405) 319-3509
E-mail: whobson@dsda.com
E-mail: meagon@dsda.com
***Attorneys for Defendants***